# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

AMY OSBORN and MICHAEL OSBORN **E-filing**

BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.

v.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 1368

EDL

TO: (Name and address of defendant)

Covidien, Inc.
c/o C T Corporation System
818 West Seventh Street
Los Angeles CA  90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Gornick
Debra DeCarli
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street, 36th Floor
San Francisco CA  94104

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 1 0 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]  **DATE** |
| Name of SERVER  **TITLE** |
| *Check one box below to indicate appropriate method of service* |
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other *(specify):* |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure