United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY OSBORN, MICHAEL OSBORN, | |
| Plaintiffs, | No. C08-01368 EDL |
| v. | RECUSAL ORDER |
| BAYER HEALTHCARE PHARMACEUTICALS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: March 13, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge