**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                                415.522.2000

**March 14, 2008**

**CASE NUMBER:  CV 08-01368 EDL**
**CASE TITLE:  AMY OSBORN-v-BAYER HEALTHCARE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/14/08

                                                                                  FOR THE EXECUTIVE COMMITTEE:

                                                                                  _____/s/ Richard W. Wieking_____
                                                                                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                        Special Projects
Log Book Noted                                                Entered in Computer 3/14/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA