| | |
|---|---|
| Lawrence J. Gornick, Bar No: 136230 | (415) 646-7160 |
| LEVIN SIMES KAISER & GORNICK, LLP | |
| 44 Montgomery Street | |
| San Francisco, CA  94104 | |
| Representing: Plaintiff | File No.9000-Osborn |

United States District Court

Northern District of California

**BY FAX**

Osborn

        Plaintiff/Petitioner

vs.

Bayer Healthcare Pharmaceuticals, Inc., et al.

        Defendant/Respondent

Case No: CV-08-1368

Proof of Service of:
See Attached List

Service on:
Mallinckrodt, Inc.

Hearing Date:6/17/2008
Hearing Time:10:00 AM
Div/Dept:E

PROOF OF SERVICE

FF# 6658530

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Lawrence J. Gornick, 136230<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street 36th Floor<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 646-7160<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: Osborn | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, Inc., et al. | CV-08-1368 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>9000-Osborn |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: See Attached List

**BY FAX**

3. a. Party served: Mallinckrodt, Inc.

   b. Person Served: Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 3/12/2008     (2) at (time): 2:50 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Mallinckrodt, Inc.

   under:     CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:            Jimmy Lizama
   b. Address:         One Legal - 194-Marin
                       504 Redwood Blvd #223
                       Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/13/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6658530

ATTACHED LIST

Summons In A Civil Case;

Complaint;

Civil Cover Sheet;

Order Setting Initial Case Management Conference and ADR Deadlines;

Standing Order Re Case Management Conference;

Standing Order;

Office Hours;

Notice of Assignment of Case to United States Magistrate Judge for Trial;

Consent To Proceed Before A United States Magistrate Judge;

Declination to Proceed Before A Magistrate Judge and Request for Reassignment to a United States District Judge;

U.S. District Court Northern California;

BY FAX