| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Lawrence J. Gornick, 136230<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street<br>San Francisco, CA  94104 | (415) 646-7160 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>9000-Osborn | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

PLAINTIFF:

Amy Osborn and Michael Osborn

DEFENDANT:

Bayer Healthcare Pharmaceuticals, Inc., et al.

| **PROOF OF SERVICE** | DATE:<br>June 17, 2008 | TIME:<br>10:00 am | DEPT/DIV:<br>E | CASE NUMBER:<br>CV-08-1368 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Original Complaint - Demand for Jury Trial, Order Setting Initial Case Management Conference and ADR Deadlines, US District Court, San Francisco Information, USDC Notice of Assignment of US Magistrate, Civil Cover Sheet, ECF Registration Information Handout, Summons Bayer Healthcare Pharmaceuticals, Inc., Summons Bayer Healthcare LLC, Summons General Electric Company, Summons GE Healthcare Inc., Summons Covidien Inc., Summons Mallinckrodt Inc., Summons Bracco

2. Party Served:              Bayer Healthcare Pharmaceuticals, Inc.

**BY FAX**

3. Person Served:             CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:   March 12, 2008          1:55 pm

5. Address, City and State:   2730 GATEWAY OAKS DR STE 100
                              SACRAMENTO, CA  95833

6. Manner of Service:         Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on March 12, 2008 at Sacramento, California.

Signature: *[signed]*

Tyler Dimaria

FF# 6658525