| | |
|---|---|
| 1 | Frank C. Rothrock (SBN: 54552) |
|   | Thomas A. Woods (SBN: 210050) |
| 2 | SHOOK, HARDY & BACON L.L.P. |
|   | Jamboree Center |
| 3 | 5 Park Plaza, Suite 1600 |
|   | Irvine, California 92164-2546 |
| 4 | Telephone:  (949) 475-1500 |
|   | Facsimile:   (949) 475-0016 |
| 5 |   twoods@shb.com |
| 6 | Attorneys for Defendants denominated "Covidien, Inc.;" and "Mallinckrodt, Inc." |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY OSBORN and MICHAEL OSBORN, | Case No. CV 08-1368 (EDL) |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| vs. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC. | Complaint filed: March 10, 2008 |
| Defendants. | |

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614.

On March 25, 2008 I served on the interested parties in said action the within:

**STIPULATION OF THE PARTIES RE: ENLARGEMENT OF TIME FOR DEFENDANTS DENOMINATED "COVIDIEN, INC." AND "MALLINCKRODT, INC." TO FILE A RESPONSIVE PLEADING**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

    (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed above. The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☒   (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Shook, Hardy & Bacon LLP's electronic mail system to the e-mail address(es) as stated on the attached service list

☒   (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 25, 2008, at Irvine, California.

/s/ Kim Brunton
(Signature)

48471v1

## SERVICE LIST

Lawrence J. Gornick, Esq.
Debra DeCarli, Esq.
LEVIN SIMES KAISER & GORNICK LLP
44 Montgomery Street, 36th Floor
San Francisco, CA  94104

Tel:  415-546-7160
lgronick@lskg-law.com
ddecarli@lskg-law.com

48471v1