TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
MOLLIE BENEDICT-STATE BAR NO. 187084
AGGIE B. LEE-STATE BAR NO. 228332
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:  (213) 430-3400
Facsimile:  (213) 430-3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendant
BRACCO DIAGNOSTICS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY OSBORN and MICHAEL OSBORN, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC., <br><br> Defendants. | Case No. CV-08-1368 EDL <br><br> **STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD** |

STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
CV-08-1368 EDL

LAimanage/11255/00008/606309/1

1  Plaintiffs Amy Osborn and Michael Osborn and defendant Bracco
2  Diagnostics Inc. by and through their respective counsel, hereby stipulate as
3  follows:
4  The time for Bracco Diagnostics Inc. to move or plead to Plaintiffs'
5  Complaint shall be extended to May 1, 2008.  Plaintiffs' counsel authorized the
6  stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email
7  dated March 20, 2008.

9  DATED:  MARCH 31, 2008         TUCKER ELLIS & WEST LLP

                                  By:   /s/ Aggie B. Lee
                                        Aggie B. Lee
                                        Attorneys for Defendant
                                        BRACCO DIAGNOSTICS INC.

16 DATED:  MARCH 31, 2008         LEVIN SIMES KAISER & GORNICK LLP

                                  By:   /s/ Lawrence J. Gornick
                                        Lawrence J. Gornick
                                        Attorneys for Plaintiffs AMY
                                        OSBORN and MICHAEL
                                        OSBORN

2.
STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS
INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
CV-08-1368 EDL

LAimanage/11255/00008/606309/1