RODNEY M. HUDSON (State Bar No. 189363)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS, INC.
AND BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY OSBORN and MICHAEL OSBORN, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC., <br><br> Defendants. | Case No. CV-08-1368 EDL <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC AND BAYER HEALTHCARE LLC TO FILE A RESPONSIVE PLEADING** |

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

Pursuant to Local Rule 6-1 of the U.S. District Court for the Northern District of California, and based on the March 17, 2008 agreement between counsel for Plaintiffs AMY OSBORN and MICHAEL OSBORN and counsel for Defendants BAYER HEALTHCARE PHARMACEUTICALS, INC. and BAYER HEALTHCARE LLC (collectively referred to herein as "Bayer") it is hereby stipulated that Bayer's response to Plaintiffs' complaint is now due to be filed and served on or before May 1, 2008.

The parties further recognize that this enlargement of time to respond to Plaintiffs' complaint does not interfere with any event or deadline already fixed by Court order.

Dated: March 31, 2008              LEVIN SIMES KAISER & GORNICK LLP

/S/ Debra DeCarli
LAWRENCE J. GORNICK
DEBRA DeCARLI

Attorneys for Plaintiffs
WILLIAM PASCHAL and PATRICIA PASCHAL

Dated: March 31, 2008              DRINKER BIDDLE & REATH LLP

/S/ Rodney M. Hudson
RODNEY M. HUDSON

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER HEALTHCARE LLC