RODNEY M. HUDSON (State Bar No. 189363)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS INC.
and BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY OSBORN and MICHAEL OSBORN, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC., <br><br> Defendants. | Case No. CV-08-1368 EDL <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FOR BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER HEALTHCARE LLC** <br><br> **(Pending Transfer to: In re: Gadolinium Contrast Dyes Products Liability Litigation, MDL No. 1909, N.D. Ohio)** <br><br> **[L.R. 3-16]** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the out come of this proceeding:

1. Schering Berlin, Inc.
2. Bayer Healthcare, LLC
3. Bayer Healthcare Pharmaceuticals Inc.

4. Bayer Corporation

5. Bayer AG

These representations are made to enable the Court to evaluate possible qualifications or recusal.

Dated: March 31, 2008

DRINKER BIDDLE & REATH LLP

/S/ Rodney M. Hudson
RODNEY M. HUDSON

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS INC. and BAYER HEALTHCARE LLC