Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY OSBORN and MICHAEL OSBORN<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. 3:08-cv-01368 EDL<br><br>**STIPULATION BETWEEN PLAINTIFFS AND GENERAL ELECTRIC COMPANY AND GE HEALTHCARE INC. FOR AN ENLARGEMENT OF TIME TO FILE ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed: March 10, 2008 |

WHEREAS, Defendants General Electric Company and GE Healthcare Inc. ("the GE Defendants") were served with a copy of Plaintiffs' Complaint on or about March 12, 2008, making the GE Defendants' answer due on or before April 1, 2008.

///

///

1    WHEREAS, the GE Defendants have requested, and Plaintiffs have agreed to, an extension of the GE Defendants' deadline up to and including May 1, 2008 to allow the GE Defendant's answer in this action to be coordinated with other actions now pending in MDL-1909.

IT IS THEREFORE STIPULATED that Defendants General Electric Company and GE Healthcare Inc. shall have up to and including May 1, 2008 to file an answer to Plaintiffs' Complaint.

Dated: April 1, 2008                          LEVIN SIMES KAISER & GORNICK LLP


                                              By:   /s/
                                                  Lawrence J. Gornick
                                                  Debra DeCarli
                                                  Attorneys for Plaintiffs
                                                  AMY OSBORN and MICHAEL OSBORN

Dated: April 1, 2008                          KUTAK ROCK LLP


                                              By:   /s/
                                                  Deborah C. Prosser
                                                  Stephanie A. Hingle
                                                  Attorneys for Defendants
                                                  GENERAL ELECTRIC COMPANY
                                                  and GE HEALTHCARE INC.