# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMY OSBORN and MICHAEL OSBORN<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. 3:08-cv-01368 EDL<br><br>**[PROPOSED] ORDER ENLARGING TIME FOR GENERAL ELECTRIC COMPANY AND GE HEALTHCARE INC. TO ANSWER PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed: March 10, 2008 |

## ORDER

The parties having stipulated and good cause shown, Defendants General Electric Company and GE Healthcare Inc. shall have up to and including May 1, 2008 to file an answer to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT**